UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

RUSSELL ALLEN ANGLEN           )
                               )
        Plaintiff,             )
                               )
    v.                         )    Civil No. 1:13-cv-00167-NT
                               )
SOCIAL SECURITY                )
ADMINISTRATION COMMISIONER,)
                               )
        Defendants.            )

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on March 28, 2014 his Recommended Decision (Docket No. 15). The Defendant filed its Objection to the Recommended Decision (Docket No. 16) on April 9, 2014. The Plaintiff filed his Response to the Defendant's Objection to the Recommended Decision (Docket No. 17) on April 27, 2014.

I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a de novo determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary. It is therefore ORDERED that the Recommended Decision of the

Magistrate Judge is hereby <u>AFFIRMED</u>.  It is further <u>ORDERED</u> that the Plaintiff's Title II claim for further proceedings is remanded for further administrative proceedings.

SO ORDERED.

<u>/s/ Nancy Torresen</u>
UNITED STATES DISTRICT JUDGE

Dated this 5th day of May, 2014.